## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ana Lopez
                              Plaintiff,

v.                                              Case No.: 1:23−cv−03660
                                                Honorable Charles P. Kocoras

Statebridge Company, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 13, 2023:

    MINUTE entry before the Honorable Charles P. Kocoras: In light of the Stipulation of Dismissal [10] filed on 7/13/23, this matter is dismissed with prejudice. Motion to Remand [6] is denied as moot. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.